**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey LITTLEJOHN, Defendant–**
**Appellant.**

No. 09–50482.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 26, 2011.

David Lee Kirman, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gia Kim, Esquire, Deputy Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jeffrey Littlejohn appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Littlejohn's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

with the opportunity to file a pro se supplemental brief. We have considered the issues raised by Garcia in his pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**